UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8760-DMG (PVCx)**✔<br>**CV 20-9030-DMG (PVCx)**<br>**CV 20-9444-DMG (PVCx)** | Date | October 20, 2020 |
|---|---|---|---|

| Title | *Carone Cobden v. Wrap Technologies, Inc., et al.*<br>*Joseph Mercurio v. Wrap Technologies, Inc., et al.*<br>*Paula Earley v. Wrap Technologies, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS — ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED**

On September 23, 2020, Plaintiff Carone Cobden filed a Class Action Complaint against Defendant Wrap Technologies, Inc. and its corporate officers (collectively, "Wrap Technologies") alleging violations of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a *et seq.* [Doc. # 1.] On October 1 and 15, 2020, respectively, Plaintiffs Joseph Mercurio and Paula Earley filed Class Action Complaints asserting similar claims.  On October 19, 2020, *Mercurio* and *Earley* were transferred to this Court as cases related to *Cobden*.

The parties in *Cobden*, *Mercurio*, and *Earley* are hereby **ORDERED TO SHOW CAUSE** by no later than **October 30, 2020** why the cases should not be consolidated under the caption, *In re Wrap Technologies, Inc. Securities Exchange Act Litigation*, Case No. CV 20-8760-DMG (PVCx), with a single consolidated class action complaint or designated operative complaint.  *See* Fed. R. Civ. P. 42(a) (A court may consolidate actions pending before it if they "involve a common question of law or fact."); *see also Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008) (district courts have broad discretion whether or not to consolidate actions) (*citing Investor's Research Co. v. U.S. Dist. Court for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989)); *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984) (in determining whether consolidation is appropriate, courts weigh "the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause.").  The parties may submit either a joint or separate responses to the OSC.

**IT IS SO ORDERED**.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>KT</u> |
|---|---|---|