Brian D. Huben (SBN134354)
  *hubenb@ballardspahr.com*
Scott S. Humphreys (SBN 298021)
  *humphreyss@ballardspahr.com*
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARONE COBDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>WRAP TECHNOLOGIES, INC., DAVID NORRIS, and THOMAS SMITH,<br><br>          Defendants. | Case No. 2:20-CV-8760-DMG-PVC<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

1

RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED

Defendants Wrap Technologies, Inc., David Norris, James A. Barnes and Thomas Smith, through their undersigned attorneys, agree that the above-captioned action and the cases captioned *Joseph Mercurio v. Wrap Technologies, et al.*, Case No. CV 20-09030-DMG (PVCx) and *Paula Earley v. Wrap Technologies, Inc., et al.*, Case No. CV 20-09444-DMG (PVCx) should be consolidated under the caption *In re Wrap Technologies, Inc. Securities Exchange Act Litigation*, Case No. CV 20-8760-DMG (PVCx), with a single consolidated class action complaint or designated operative complaint.

Dated:  October 30, 2020                  **BALLARD SPAHR LLP**

By: */s/ Brian D. Huben*
       Brian D. Huben
       Scott S. Humphreys

*Attorneys for Defendants*

RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED