UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8760-DMG (PVCx)**✓ **CV 20-9030-DMG (PVCx)** **CV 20-9444-DMG (PVCx)** | Date | November 3, 2020 |
|---|---|---|---|

| Title | *Carone Cobden v. Wrap Technologies, Inc., et al.* *Joseph Mercurio v. Wrap Technologies, Inc., et al.* *Paula Earley v. Wrap Technologies, Inc., et al.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS — ORDER RE CONSOLIDATION UNDER *IN RE WRAP TECHNOLOGIES, INC. SECURITIES EXCHANGE ACT LITIGATION*, CASE NO. CV 20-8760-DMG (PVCx)**

On September 23, 2020, Plaintiff Carone Cobden filed a Class Action Complaint against Defendant Wrap Technologies, Inc. and its corporate officers (collectively, "Wrap Technologies") alleging violations of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78a *et seq.* On October 1 and 15, 2020, respectively, Plaintiffs Joseph Mercurio and Paula Earley filed Class Action Complaints asserting similar claims. On October 19, 2020, *Mercurio* and *Earley* were transferred to this Court as cases related to *Cobden*.

On October 20, 2020, the Court ordered the parties in *Cobden*, *Mercurio*, and *Earley* to show cause by no later than October 30, 2020, why the cases should not be consolidated under the caption, *In re Wrap Technologies, Inc. Securities Exchange Act Litigation*, Case No. CV 20-8760-DMG (PVCx), with a single consolidated class action complaint or designated operative complaint. [*Cobden* Doc. # 13; *Mercurio* Doc. # 11; *Earley* Doc. # 10.] On October 30, 2020, Plaintiffs Cobden and Earley filed responses stating that they support consolidation. [*Cobden* Doc. # 18; *Earley* Doc. # 16.] Defendants also filed responses indicating their support for consolidation. [*Cobden* Doc. # 17; *Mercurio* Doc. # 16; *Earley* Doc. # 15.] Plaintiff Mercurio did not file a response to the OSC.

Given the above, the Court **ORDERS** that the cases be consolidated under the caption, *In re Wrap Technologies, Inc. Securities Exchange Act Litigation*, Case No. CV 20-8760-DMG (PVCx), and that Case Nos. CV 20-9030-DMG (PVCx) and CV 20-9444-DMG (PVCx) be administratively closed. All material documents filed in those cases are deemed to have been filed in the consolidated case.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-8760-DMG (PVCx)**✔ <br> **CV 20-9030-DMG (PVCx)** <br> **CV 20-9444-DMG (PVCx)** | Date | November 3, 2020 |
|---|---|---|---|

| Title | *Carone Cobden v. Wrap Technologies, Inc., et al.* <br> *Joseph Mercurio v. Wrap Technologies, Inc., et al.* <br> *Paula Earley v. Wrap Technologies, Inc., et al.* | Page | 2 of 2 |
|---|---|---|---|

By no later than **November 23, 2020,** the parties shall meet and confer and, if possible, submit a joint stipulation designating the lead plaintiff and agreeing to the filing of a consolidated amended class action complaint or designate an operative complaint.  If the parties are unable to stipulate to these matters, they shall file a joint status report by that date regarding how they propose to proceed.

**IT IS SO ORDERED**.

---