POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Movant Wrap Investor*
*Group and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Wrap Technologies, Inc. Securities Exchange Act Litigation | Case No. CV 20-8760-DMG (PVCx) |
| | DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE WRAP INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| | DATE:  January 8, 2021<br>TIME:  9:30 a.m.<br>JUDGE:  Dolly M. Gee<br>CTRM:  8C |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Maritza Jimenez and Joseph Mercurio (together, the "Wrap Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by the Wrap Investor Group for appointment as Lead Plaintiff in the above-captioned consolidated action ("Consolidated Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart setting forth the financial interest of the Wrap Investor Group in the Consolidated Action;

Exhibit B: Notice of pendency of *Carone Cobden v. Wrap Technologies, Inc. et al*, No. 2:20-cv-08760 (C.D. Cal.), the first of the actions comprising the Consolidated Action to be filed, and notice of pendency of *Paula Earley v. Wrap Technologies, Inc. et al*, No. 2:20-cv-09444 (C.D. Cal.), the third of the actions comprising the Consolidated Action to be filed;

Exhibit C: Shareholder Certifications executed by the members of the Wrap Investor Group;

Exhibit D: Joint Declaration executed by the members of the Wrap Investor Group; and

Exhibit E: Firm resume of Pomerantz.

DECLARATION

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 23, 2020.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

DECLARATION

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti