Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wrap Technologies, Inc. Securities Exchange Act Litigation* | Case No: 2:20-cv-08760-DMG (PVCx) <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION SETTING SCHEDULE FOR FILING OPERATIVE COMPLAINT AND RELATED MOTIONS** <br><br> Hon. Dolly M. Gee |

Lead Plaintiff Timothy O'Hern ("Lead Plaintiff") and Defendants Wrap Technologies, Inc., James Barnes, Thomas Smith, David Norris, Mike Rothans, and Marc A. Thomas ("Defendants", and together with Lead Plaintiff, the "Parties"), hereby submit this stipulation.

## RECITALS

**WHEREAS**, on September 23, 2020, plaintiff Carone Cobden filed a putative class action complaint (Dkt. No. 1) in the above-captioned action alleging

– 1 –

Stipulation Setting Schedule for Filing Amended Complaint and Related Motions

violations of the Securities Exchange Act of 1934 (the "Exchange Act") against Wrap Technologies, Inc. and certain of its executives;

**WHEREAS**, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including the process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

**WHEREAS**, on November 23, 2020, the Court issued an order consolidating several related actions, Case Nos. CV-20-9030-DMG (PVCx) and CV-20-9444-DMG (PVCx), with this matter as the lead case, under the caption *In re Wrap Technologies, Inc. Securities Exchange Act Litigation* (Dkt. No. 19);

**WHEREAS**, on January 7, 2021, the Court issued its order appointing Timothy O'Hern as lead plaintiff and The Rosen Law Firm, P.A. as lead counsel, and ordered that the Parties confer regarding the schedule for filing of an operative consolidated complaint (Dkt. No. 55);

**WHEREAS**, counsel for Lead Plaintiff and counsel for Defendants conferred regarding a schedule for the filing of Lead Plaintiff's operative complaint and Defendants' responses thereto;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the approval of this Court, that:

1. Lead Plaintiff shall file a consolidated amended complaint on or before March 12, 2021.

2. Defendants will answer, move to dismiss, or otherwise respond to the consolidated amended complaint on or before April 26, 2021;

3. If Defendants file dispositive motion(s) with respect to the consolidated amended complaint, then: (a) Lead Plaintiff shall file his opposition papers on or before June 7, 2021, and (b) Defendants shall file any reply

in further support of such motion(s) on or before July 6, 2021, and (c) the hearing date on such motion(s) shall be set for Friday, July 23, 2021 at 9:30 a.m. or on such other date as may be set by the Court.

**IT IS SO STIPULATED.**

Dated: January 14, 2021                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Yu Shi (*pro hac vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
yshi@rosenlegal.com

*Counsel for Lead Plaintiff*

Dated: January 14, 2021                    **BALLARD SPAHR LLP**
By: /s/ Scott S. Humphreys
Scott S. Humphreys (SBN 290821)
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 204-4400
Facsimile:  (424) 204-4350
humphreyss@ballardspahr.com

M. Norman Goldberger (*pro hac vice*)
Kahlil C. Williams (*pro hac vice*)
1735 Market Street, 51th Floor
Philadelphia, PA 19103

– 3 –

Telephone: (215) 864-8850
Facsimile: (215) 864-9756
goldbergerm@ballardspahr.com
williamskc@ballardspahr.com

*Counsel for Defendants*

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that counsel for Defendants have authorized the filing of this document.

/s/ Laurence M. Rosen

– 4 –

Stipulation Setting Schedule for Filing Amended Complaint and Related Motions

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On January 14, 2021, I electronically filed the foregoing STIPULATION SETTING SCHEDULE FOR FILING AMENDED COMPLAINT AND RELATED MOTIONS with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on January 14, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

Stipulation Setting Schedule for Filing Amended Complaint and Related Motions