**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | Case No: CV 20-8760-DMG (PVCx) |
| *In re Wrap Technologies, Inc. Securities Exchange Act Litigation* | **ORDER GRANTING EXTENSION OF TIME [68]** |

Having reviewed the Parties' Stipulation Extending Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss, and for good cause appearing, the Court hereby APPROVES the stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The deadline for Plaintiff to file his opposition to Defendants' motion to dismiss is extended to June 11, 2021;

2. The deadline for Defendants to their reply in further support of Defendants' motion to dismiss is extended to July 9, 2021; and

3. The hearing on Defendants' motion to dismiss [Doc. # 66], set for July 23, 2021 at 9:30 a.m., remains unchanged.

DATED:  June 4, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE